

NOV 0 2 2012

TONY R. MOORE, CLERK
BY _____
                DEPUTY



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

Kenneth J. Mouton #328541

Civil Action No. 12-1320

versus

Judge Richard T. Haik

State of Louisiana, et al

Magistrate Judge C. Michael Hill

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly,

**IT IS ORDERED** that plaintiff's civil rights action be hereby **DISMISSED WITH PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

Thus done and signed this 2nd day of November, 2012, at Lafayette, Louisiana.

Richard T. Haik, Sr.
United States District Judge